UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| JOSEPH ROBINSON, JR., HENRY JACKSON and MICHAEL WRIGHT, professionally known as "The Sugar Hill Gang,"<br><br>                Plaintiffs,<br><br>-against-<br><br>MIKE DIAMOND, ADAM YAUCH and ADAM HOROVITZ, professionally known as "The Beastie Boys," CAPITOL RECORDS, INC., BROOKLYN DUST MUSIC and UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC.,<br><br>              Defendants. | 04 CIV. 8998 (MGC)<br>ECF Case<br><br>AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT UPON MIKE DIAMOND, ADAM YAUCH, ADAM HOROVITZ AND BROOKLYN DUST MUSIC |

------------------------------------------------------------X

STATE OF NEW YORK

COUNTY OF NEW YORK

      JAMES P. CINQUE being duly sworn deposes and says:

      1. I am over 18 years of age and am not a party to this action.

      2. On November 16, 2004 at approximately 4:30 p.m. I personally served copies of the summons and complaint, ECF Instructions and Judge's Rules upon defendants Mike Diamond, Adam Yauch, Adam Horovitz and Brooklyn Dust Music by delivery Kenneth Anderson, Esq. at the offices of Loeb & Loeb, LLP, 345 Park Avenue, New

York, New York 10154 at the messenger center of 345 Park Avenue.

3. The place at which service was made is the law firm which represents defendants Mike Diamond, Adam Yauch, Adam Horovitz and Brooklyn Dust Music and upon information and belief the actual place of business of said defendants.

4. On November 16, 2004 I personally mailed four copies of the summons and complaint, ECF Instructions and Judge's Rules in a postage paid wrapper properly addressed for delivery to Mike Diamond, Adam Yauch, Adam Horovitz and Brooklyn Dust Music, c/o Kenneth Anderson, Esq., Loeb & Loeb, LLP, 345 Park Avenue, New York, New York 10154 by first class mail in an envelope bearing the legend "PERSONAL & CONFIDENTIAL" and not indicating on the outside thereof by return address or otherwise that the communication is from an attorney or concerns an action against defendants.

_____
JAMES P. CINQUE

Sworn to before me this
2nd day of December, 2004

_____
Notary Public

TRACEY MAPOU
Notary Public, State of New York
No. 02MA6073786
Qualified in Kings County
Commission Expires April 29, 2006